AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:20-cv-09284-CRB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  United States Department of Justice

was received by me on *(date)*  12/22/2020  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

✔ Other *(specify):*  I served the Department by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to the Department on 12/23/2020. Please see the attached USPS receipts and delivery confirmations, which show that the summons and complaint were delivered to the (1) Department of Justice, (2) the Federal Bureau of Investigation, (3) the . Attorney General of the United States, and (4) the Civil Process Clerk of the U.S. Attorney's Office for the Northern District of California.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  01/04/2021

_____
*Server's signature*

Noam Shemtov, paralegal, ACLU Foundation
*Printed name and title*

125 Broad Street, 18th Floor
New York, NY 10004

_____
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) sending a copy of the complaint and of all summonses by USPS certified mail to the Attorney general of the United States on 12/23/2020 and (2) sending a copy of the complaint and of all summonses to the U.S. Attorney's Office for the Northern District of California by USPS certified mail on 12/23/2020. Please see the attached USPS receipts and delivery notices.









### USPS Tracking®

Tracking   /   FAQs >

**Track Another Package** +

Get the free Informed Delivery® feature to receive automated notifications on your packages    Learn More

Remove ✕

**Tracking Number:** 70200640000054373476

**Status**

Your item was delivered at 4:56 am on January 4, 2021 in WASHINGTON, DC 20535.

✓ **Delivered**

January 4, 2021 at 4:56 am
Delivered
WASHINGTON, DC 20535

Get Updates ⌄

**Delivered**

Text & Email Updates    ⌄

**Tracking History**    ⌃

Feedback

**January 4, 2021, 4:56 am**
Delivered
WASHINGTON, DC 20535
Your item was delivered at 4:56 am on January 4, 2021 in WASHINGTON, DC 20535.

**December 31, 2020, 10:29 am**
Available for Pickup
WASHINGTON, DC 20535

**December 31, 2020, 6:56 am**
Arrived at Unit
WASHINGTON, DC 20018

**December 27, 2020**
In Transit to Next Facility

**December 23, 2020, 8:21 pm**
Departed Post Office
BROOKLYN, NY 11201

**December 23, 2020, 6:58 pm**
USPS in possession of item
BROOKLYN, NY 11201

Product Information    ⌄

See Less ⌃

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



USPS.COM®











# USPS Tracking®

Tracking / FAQs ›

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Remove ✕

**Tracking Number:** 70200640000054373445

Your item was delivered at 4:50 am on January 4, 2021 in WASHINGTON, DC 20530.

**Status**

**Delivered**

January 4, 2021 at 4:50 am
Delivered
WASHINGTON, DC 20530

**Get Updates**

Delivered

**Text & Email Updates**

**Tracking History**

**January 4, 2021, 4:50 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:50 am on January 4, 2021 in WASHINGTON, DC 20530.

**January 2, 2021, 11:51 am**
Available for Pickup
WASHINGTON, DC 20530

**January 2, 2021, 7:05 am**
Arrived at Unit
WASHINGTON, DC 20018

**January 1, 2021**
In Transit to Next Facility

**December 29, 2020, 5:51 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 23, 2020, 8:21 pm**
Departed Post Office
BROOKLYN, NY 11201

**December 23, 2020, 7:01 pm**
USPS in possession of item
BROOKLYN, NY 11201

**Product Information**

See Less

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs

USPS.COM

# USPS Tracking®

Tracking / FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

**Tracking Number:** 70200640000054373483

Remove ×

Your item was delivered at 4:50 am on January 4, 2021 in WASHINGTON, DC 20530.

**Status**

**Delivered**

January 4, 2021 at 4:50 am
Delivered
WASHINGTON, DC 20530

Get Updates

Delivered

**Text & Email Updates**

**Tracking History**

**January 4, 2021, 4:50 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:50 am on January 4, 2021 in WASHINGTON, DC 20530.

**January 2, 2021, 11:51 am**
Available for Pickup
WASHINGTON, DC 20530

**January 2, 2021, 7:05 am**
Arrived at Unit
WASHINGTON, DC 20018

**January 1, 2021**
In Transit to Next Facility

**December 29, 2020, 5:51 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 23, 2020, 8:21 pm**
Departed Post Office
BROOKLYN, NY 11201

**December 23, 2020, 6:59 pm**
USPS in possession of item
BROOKLYN, NY 11201

**Product Information**

See Less

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs

USPS.COM

## USPS Tracking®

Tracking / FAQs >

**Track Another Package** +

Get the free Informed Delivery® feature to receive automated notifications on your packages        Learn More

**Tracking Number:** 70200640000054373452                                    Remove ✕

Your item was delivered to an individual at the address at 12:05 pm on December 29, 2020 in SAN FRANCISCO, CA 94102.

**Status**

✓ **Delivered**

December 29, 2020 at 12:05 pm
Delivered, Left with Individual
SAN FRANCISCO, CA 94102

Get Updates ⌄

Delivered

Text & Email Updates                                                        ⌄

**Tracking History**                                                        ⌃

**December 29, 2020, 12:05 pm**
Delivered, Left with Individual
SAN FRANCISCO, CA 94102
Your item was delivered to an individual at the address at 12:05 pm on December 29, 2020 in SAN FRANCISCO, CA 94102.

**December 29, 2020, 12:26 am**
Departed USPS Regional Destination Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

**December 28, 2020, 12:41 pm**
Arrived at USPS Regional Destination Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

**December 27, 2020**
In Transit to Next Facility

**December 23, 2020, 8:21 pm**
Departed Post Office
BROOKLYN, NY 11201

**December 23, 2020, 7:02 pm**
USPS in possession of item
BROOKLYN, NY 11201

Product Information                                                         ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

