Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| American Civil Liberties Union Foundation; | ) | |
|---|---|---|
| | ) | Case No: 3:20-cv-09284 CRB |
| Plaintiff(s), | ) | |
| | ) | **APPLICATION FOR** |
| v. | ) | **ADMISSION OF ATTORNEY** |
| | ) | **PRO HAC VICE** |
| Department of Justice, et al. | ) | (CIVIL LOCAL RULE 11-3) |
| | ) | |
| Defendant(s). | ) | |

I, Arianna Marie Demas, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Jennifer Stisa Granick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004 | American Civil Liberties Union Foundation<br>39 Drumm Street<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 212-549-2500 | 415-621-2493 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ademas@aclu.org | jgranick@aclu.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5759667.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/22/20

Arianna Marie Demas
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Arianna Marie Demas is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 5, 2021

UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~