AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

### Northern District of California

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:20-cv-09284-JSC |
| DEPARTMENT OF JUSTICE, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMERICAN CIVIL LIBERTIES UNION FOUNDATION .

Date:      January 5, 2021

/s/ Jacob A. Snow
*Attorney's signature*

Jacob Snow, SBN 270988
*Printed name and bar number*

ACLU of Northern California
39 Drumm Street
San Francisco, CA 94111
*Address*

jsnow@aclunc.org
*E-mail address*

415-621-2493
*Telephone number*

415-255-1478
*FAX number*