AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-09284-CRB |
| DEPARTMENT OF JUSTICE, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, American Civil Liberties Union Foundation                    .

Date:     01/05/2021

/s/ Arianna Demas
*Attorney's signature*

Arianna Demas
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Address*

ademas@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(212) 549-2652
*FAX number*