STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7164
    Facsimile: (415) 436-7234
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendants. | Case No. 3:20-cv-09284-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Date: June 4, 2021<br>Time: 8:30 a.m.<br>The Hon. Charles R. Breyer |

WHEREAS, on December 22, 2020, Plaintiff American Civil Liberties Union Foundation ("Plaintiff") filed the above-captioned complaint (ECF No. 1);

WHEREAS, on January 28, 2021, Defendants Department of Justice ("DOJ") and Federal Bureau of Investigation ("FBI" and, collectively with DOJ, "Defendants") filed their answer to the above-captioned complaint (ECF No. 17);

WHEREAS, on January 22, 2021, the Office of the Inspector General ("OIG"), a component of DOJ and a recipient of one of the FOIA requests at issue in the above-captioned lawsuit, responded to Plaintiff's FOIA request to OIG, reporting that OIG did not locate any records responsive to Plaintiff's FOIA request to OIG;

1  WHEREAS, on February 19, 2021, the Office of Information Policy ("OIP"), the component of DOJ designated to process FOIA requests on behalf of the Office of the Attorney General ("OAG"), which received one of the FOIA requests at issue in the above-captioned lawsuit, responded to Plaintiff's FOIA request to OAG on behalf of OAG, informing Plaintiff that no records responsive to Plaintiff's FOIA request to OAG were located;

WHEREAS, as a result of their respective responses, Plaintiff has agreed to dismiss OIG and OIP (on behalf of OAG) from this lawsuit, and the parties will file a stipulation of dismissal of OIG and OIP (on behalf of OAG), with prejudice, within 30 days of the Court's approval of this stipulation;

WHEREAS, without confirming or denying that responsive records exist and expressly reserving all its rights, FBI is currently conducting searches for responsive records regarding the four subparts of the FOIA request to FBI that remain at issue in the above-captioned lawsuit, and FBI anticipates that its searches will be finished on or before June 14, 2021;

WHEREAS, after FBI finishes its searches on or before June 14, 2021, the undersigned counsel agree to meet and confer about a path forward in the above-captioned litigation and exchange as much information as can reasonably be shared without prejudicing their respective legal positions in the above-captioned lawsuit; and

WHEREAS, pursuant to Local Rule 6–2(a), there have been no previous time modifications in this case and this requested time modification will not have a substantial effect on the schedule for the case.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. To allow FBI to complete its searches regarding the four subparts of the FOIA request to FBI that remain at issue in the above-captioned lawsuit and to allow the parties to engage in their contemplated meet and confer efforts, thereby allowing the parties to present a more concrete plan for this litigation to the Court, the parties agree that the case management conference currently scheduled for June 4, 2021 should be continued until July 2, 2021;

2. The May 21, 2021 deadline to submit the initial case management conference statement should be continued until June 18, 2021; and

3.  The parties should file a stipulation of dismissal of OIG and OIP (on behalf of OAG), with prejudice, within 30 days of the Court's approval of this stipulation.

Dated: May 20, 2021  STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Jevechius D. Bernardoni**
Jevechius D. Bernardoni
Assistant United States Attorney

Dated: May 20, 2021  */s/ Arianna Demas*
Arianna Demas (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Fax: 212-549-2652
ademas@aclu.org

Jennifer Stisa Granick
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-343-0758
Fax: 415-255-1478
jgranick@aclu.org

Jacob Snow
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Fax: 415-255-1478
jsnow@aclunc.org

*Attorneys for Plaintiff*

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all other signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Upon consideration of the parties' stipulation, and good cause appearing therefore, it is hereby ORDERED that the stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE CHARLES R. BREYER