ARIANNA DEMAS (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Fax: 212-549-2652
ademas@aclu.org

JENNIFER STISA GRANICK (CA Bar No. 168423)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-343-0758
Fax: 415-255-1478
jgranick@aclu.org

JACOB A. SNOW (CA Bar No. 270988)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Fax: 415-255-1478
jsnow@aclunc.org

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. | Case No. 3:20-cv-09284-CRB<br><br>**STIPULATION & [PROPOSED] ORDER REGARDING DISMISSAL OF DEFENDANT DEPARTMENT OF JUSTICE INSOFAR AS IT STANDS IN FOR THE OFFICES OF THE INSPECTOR GENERAL AND INFORMATION POLICY** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Defendant Department of Justice ("DOJ") insofar as it stands in for two of its components, the Office of the Inspector General ("OIG") and the Office of

Information Policy ("OIP"), a component of DOJ designated to process FOIA requests on behalf of the Office of the Attorney General ("OAG"). Such dismissal of OIG and OIP shall be with prejudice, with each side to bear its own costs and fees.

Respectfully submitted,

Dated:  June 16, 2021

*/s/ Arianna Demas*
Arianna Demas (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Fax: 212-549-2652
ademas@aclu.org

Jennifer Stisa Granick
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-343-0758
Fax: 415-255-1478
jgranick@aclu.org

Jacob Snow
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Fax: 415-255-1478
jsnow@aclunc.org

*Attorneys for Plaintiff*

Dated:  June 16, 2021

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Jevechius D. Bernardoni*
Jevechius D. Bernardoni
Assistant United States Attorney

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all other signatories have concurred in the filing of this document.*

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF DEFENDANT DOJ ON BEHALF OF OIG & OIP
NO. 3:20-CV-09284-CRB                                                           2

# ~~[PROPOSED]~~ ORDER

Upon consideration of the parties' stipulation, and good cause appearing therefore, it is hereby ORDERED that the stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated: __June 17, 2021__

_____
THE HONORABLE CHARLES R. BREYER