STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7164
Facsimile: (415) 436-7234
jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. | Case No. 3:20-cv-09284-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AUGUST RELEASE** |

WHEREAS, on June 18, 2021, the parties filed a Case Management Conference Statement (ECF No. 25);

WHEREAS, in the Case Management Conference Statement, Defendant Federal Bureau of Investigation ("FBI") reported that it had "identified approximately 70 pages responsive to Item 1. The FBI maintains that it is unable to provide page counts for Items 2-4 due to the sensitive investigative techniques involved" (*id.*);

WHEREAS, in the June 18, 2021 Case Management Conference Statement, FBI further noted that it "anticipates processing and releasing (subject to any withholdings) records responsive to Item 1 and records related to the publicly acknowledged contracts in Item 3 on or before August 31, 2021. However, if these record subsets involve more than 500 pages of responsive records, the FBI's position is that it will

process 500 pages of responsive records (again, subject to any withholdings) per month until complete" (*id.*);

WHEREAS, the Case Management Conference Statement also noted that the FBI "agreed to provide the ACLU with further information regarding the nature of all remaining responsive documents as well as its justification for its position on categorically withholding all remaining responsive records under Exemption 7(E) before the Case Management Conference before this Court on July 9, 2021 (*id.*);

WHEREAS, the Court issued an order on June 24, 2021 "adopt[ing] the case management schedule" proposed in the parties' June 18, 2021 Case Management Conference Statement (ECF No. 26);

WHEREAS, on July 9, 2021, the FBI provided the ACLU with information described in the Case Management Conference Statement;

WHEREAS, the FBI has been processing the records but has not yet been able to isolate records related to publicly acknowledged contracts in Item 3;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. The FBI will release (subject to any withholdings) the approximately 70 pages of records responsive to Item 1 by September 9, 2021; and

2. The FBI will continue processing records related to publicly acknowledged contracts in Item 3, and will release those materials (subject to any withholdings) on or before September 30, 2021. However, if these record subsets involve more than 500 pages of responsive records, the FBI will process 500 pages of responsive records (subject to any withholdings) per month until complete.

Dated: August 31, 2021	STEPHANIE M. HINDS
	Acting United States Attorney

	*/s/ Jevechius D. Bernardoni**
	Jevechius D. Bernardoni
	Assistant United States Attorney


Dated: August 31, 2021	*/s/ Jennifer Stisa Granick*
	Jennifer Stisa Granick
	American Civil Liberties Union Foundation
	39 Drumm Street
	San Francisco, CA 94111
	Telephone: 415-343-0758

STIPULATION AND [PROPOSED] ORDER REGARDING AUGUST RELEASE
NO. 3:20-CV-09284-CRB                           2

Fax: 415-255-1478
jgranick@aclu.org

Jacob Snow
American Civil Liberties Union Foundation of
Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Fax: 415-255-1478
jsnow@aclunc.org

*Attorneys for Plaintiff*

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all other signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Upon consideration of the parties' stipulation, and good cause appearing therefore, it is hereby ORDERED that the stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

                                             _____
                                             THE HONORABLE CHARLES R. BREYER