```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone:  (510) 637-3721
    Facsimile:  (510) 637-3724
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendants. | Case No. 3:20-cv-09284-CRB <br><br> **NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE THAT Jevechius D. Bernardoni, Assistant United States Attorney, submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy to AUSA Bernardoni should be directed to his attention at the following address:

   United States Attorney's Office
   Northern District of California
   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217

AUSA Bernardoni's new telephone and facsimile information are as follows:

   Telephone:  (510) 637-3721
   Facsimile:  (510) 637-3724

NOTICE OF CHANGE OF ADDRESS
NO. 3:20-CV-09284-CRB                                              1

| | |
|---|---|
| Dated: April 25, 2022 | STEPHANIE M. HINDS<br>United States Attorney<br><br>*/s/ Jevechius D. Bernardoni*<br>Jevechius D. Bernardoni<br>Assistant United States Attorney |